

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00105-CV

IN RE CARLOS WAYNE TOOMBS, RELATOR

OPINION ON ORIGINAL PROCEEDING
FOR WRIT OF MANDAMUS

April 23, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Relator Carlos Wayne Toombs, a Texas inmate proceeding pro se, filed a petition for writ of mandamus without paying the required filing fee. By letter of April 8, 2020, we directed Toombs to pay the filing fee or, in lieu thereof, to comply with Chapter 14 of the Civil Practice and Remedies Code by filing 1) an affidavit of indigence, 2) an affidavit relating to previous filings, and 3) a certified copy of his inmate trust account statement. TEX. CIV. PRAC. & REM. CODE ANN. §§ 14.002(a), 14.004 (West 2017). We advised Toombs that this proceeding was subject to dismissal if he did not comply by April 20, 2020. On April 20, Toombs filed an affidavit of indigence and a certified copy of his inmate trust account statement. However, Toombs has not filed an affidavit describing his previous filings to date.

The requirement to pay the filing fee or tender an affidavit of indigence, file an affidavit of previous filings, and file a certified copy of an inmate trust account statement is mandatory, and the lack thereof is grounds for dismissal of an original proceeding. *In re Johnson*, No. 07-16-00354-CV, 2016 Tex. App. LEXIS 11841, at *2 (Tex. App.—Amarillo Nov. 1, 2016, orig. proceeding) (per curiam) (mem. op.). Because Toombs has failed to pay the filing fee or comply with all the requirements of Chapter 14 of the Civil Practice and Remedies Code within the time provided for compliance, we dismiss this original proceeding.

Per Curiam